# Exhibit A



**MANHATTAN BEER DISTRIBUTORS**

955 EAST 149TH STREET
Bronx, NY 10455-2097
(718) 292-9300   Fax (718) 292-6348
1-800-BEERINC  - www.ManhattanBeer.com
Place Your Order On Line @ WWW.Manhattanbeer.com

```
ARMONK HOUSE      Y                        Phone 914-291-5860
111 BEDFORD ROAD                           Account 702442
ARMONK, NY 10504                           Store Not on file
                                           Terms COD

Sold by  ANDREW FOGEWICK              Invoice 9194713
Driver   ADAM ARCIOLA                 PO
Truck    Truck 2034                   Lic'd To CAP 111
                                              ENTERPRISES LLC
Delivered 07/18/18 03:32PM            License OP 1288347
                                      Expires 09/30/19

Permits on file           WINE PERMIT #OP1288347  Expires on 09/30/19
                        LIQUOR PERMIT #OP1288347  Expires on 09/30/19
```

---

DELIVERED PRODUCTS

```
ITEM    QTY DESCRIPTION                PRICE  DISC   DPST  AMOUNT

6080    1  COORS LIGHT 12OZ NR 24 LS   21.00  0.00   1.30   22.30
8631    1  CAPTAIN LAWRENCE            68.00  0.00  30.00   98.00
           FRESHCHESTER PALE ALE 1/6
           BBL
8735    1  NEW BELGIUM FAT TIRE 1/6    74.99  0.00  30.00  104.99
           BBL

        EXTENDED SUB-TOTALS : SOLD    163.99  0.00  61.30  225.29

DELIVERED
Cases  1    22.30
Kegs   2   202.99
Misc   0     0.00               Total gallons    12.56
```

---

RETURNED PRODUCTS

```
ITEM    QTY DESCRIPTION                PRICE  DISC   DPST  AMOUNT

21600   3  MT KEGS RET                  0.00  0.00  30.00   90.00
Reason: EMPTIES FOR RETURN

        EXTENDED SUB-TOTALS : RETURNS  0.00  0.00  90.00   90.00

RETURNED
Cases  0     0.00
Kegs   3    90.00
Misc   0     0.00               Total gallons     0.00


Received by:                          Total sales    225.29
                                      Total credits   90.00
                                      Total tax        0.00

        $135.29                       Invoice total  135.29
                                      Payment       -135.29
                                      Due              0.00

Payment breakdown
    Check #1183  $135.29


Return discrepancies on this order    Item   Pack Ordered Shipped

MT KEGS RET                          21600   KEG     0    -3
Customer:
```

*(signature) 1183*

I AFFIRM THAT, BY LAW, I AM AUTHORIZED TO PURCHASE
AND RECEIVE THE ALCOHOLIC ITEMS ON THIS INVOICE.



# MANHATTAN
## BEER DISTRIBUTORS

955 EAST 149TH STREET
Bronx, NY 10455-2097
(718) 292-9300    Fax (718) 292-6340
1-800 BEERINC    www.ManhattanBeer.com
Place Your Order On Line @ WWW.Manhattanbeer.com

ARMONK HOUSE           Y                    Phone 914-291-5860
111 BEDFORD ROAD                            Account 702442
ARMONK, NY 10504                            Store Not on file
                                            Terms COD

Sold by   PETER GASPARINI                   Invoice 8809161
Driver    ADAM ARCIOLA                      PO
Truck     Truck 2034                        Lic'd To CAP 111
                                                     ENTERPRISES LLC
Delivered 07/07/18 06:20PM                  License OP 1288347
                                            Expires 09/30/19

Permits on file        WINE PERMIT #OP1288347  Expires on 09/30/19
                       LIQUOR PERMIT #OP1288347 Expires on 09/30/19

DELIVERED PRODUCTS

| ITEM | QTY | DESCRIPTION | PRICE | DISC | DPST | AMOUNT |
|---|---|---|---|---|---|---|
| 870 | 1 | CORONA EXTRA 12OZ NR 24 LS | 29.35 | 0.00 | 1.30 | 30.65 |
| 6080 | 1 | COORS LIGHT 12OZ NR 24 LS | 21.00 | 0.00 | 1.30 | 22.30 |
| 8631 | 1 | CAPTAIN LAWRENCE FRESHCHESTER PALE ALE 1/6 BBL | 68.00 | 0.00 | 30.00 | 98.00 |

EXTENDED SUB-TOTALS            118.35  0.00  32.60  150.95

Total gallons    9.66

RETURNED PRODUCTS

| ITEM | QTY | DESCRIPTION | PRICE | DISC | DPST | AMOUNT |
|---|---|---|---|---|---|---|
| 21600 | 1 | MT KEGS RET | 0.00 | 0.00 | 30.00 | 30.00 |

Reason: EMPTIES FOR RETURN

EXTENDED SUB-TOTALS : RETURNS   0.00  0.00  30.00  30.00

RETURNED
Cases  0   0.00
Kegs   1   30.00
Misc   0   0.00                Total gallons   0.00

Received by:                   Total sales    150.95
                               Total credits   30.00
                               Total tax        0.00

$120.95                        Invoice total  120.95
                               Payment       -120.95
                               Due              0.00

breakdown
$120.95

Item    Ordered Shipped
                   0   -1





**MANHATTAN**
BEER DISTRIBUTORS

955 EAST 149TH STREET
Bronx, NY 10455-2097
(718) 292-9300   Fax (718) 292-6348
1-800-BEERINC   www.ManhattanBeer.com
Place Your Order On-Line @ WWW.Manhattanbeer.com

ARMONK HOUSE          Y                 Phone 914-291-5860
111 BEDFORD ROAD                        Account 702442
ARMONK, NY 10504                           Store Not on file
                                           Terms COD

Sold by  ANDREW LUDEWICK        Invoice 8284774
Driver   Del Rte 2034           PO
Truck    Truck 2034             Lic'd To CAP 111
                                           ENTERPRISES LLC
Delivered 01/13/18 02:30PM       License OP-1288347
                                 Expires on 09/30/19

Permits on file      WINE PERMIT #OP1288347  Expires on 09/30/19
                     LIQUOR PERMIT #OP1288347 Expires on 09/30/19

DELIVERED PRODUCTS

| ITEM | QTY | DESCRIPTION | PRICE | DISC | DPST | AMOUNT |
|---|---|---|---|---|---|---|
| 870 | 1 | CORONA EXTRA 12OZ NR 24 LS | 29.35 | 0.00 | 1.30 | 30.65 |
| 943 | 1 | MODELO ESPECIAL 1/4 BBL | 85.00 | 0.00 | 30.00 | 115.00 |
| 2287 | 1 | ITHACA FLOW N POWER IPA 1/6 BBL | 92.00 | 0.00 | 30.00 | 122.00 |
| 6080 | 1 | COORS LIGHT 12OZ NR 24 LS | 21.00 | 0.00 | 1.30 | 22.30 |
| 8631 | 1 | CAPTAIN LAWRENCE FRESHCHESTER PALE ALE 1/6 BBL | 68.00 | 0.00 | 30.00 | 98.00 |
| 8917 | 1 | HEINEKEN K2 12OZ LONG NECK 24 LS | 29.39 | 0.00 | 1.30 | 30.69 |

         EXTENDED SUB-TOTALS : SOLD    324.74  0.00  93.90  418.64

DELIVERED
Cases  3    83.64
Kegs   3   335.00
Misc   0     0.00                Total gallons    24.81

RETURNED PRODUCTS

| ITEM | QTY | DESCRIPTION | PRICE | DISC | DPST | AMOUNT |
|---|---|---|---|---|---|---|
| 21600 | 4 | MT KEGS RET | 0.00 | 0.00 | 30.00 | 120.00 |

Reason: EMPTIES FOR RETURN

         EXTENDED SUB-TOTALS : RETURNS   0.00  0.00 120.00 120.00

RETURNED
Cases  0     0.00
Kegs   4   120.00
Misc   0     0.00                Total gallons     0.00

REVIEW INVOICE                   Total sales    418.64
                                 Total credits  120.00
                                 Total tax        0.00

           $298.64               Invoice total  298.64

Return discrepancies on this order   Item   Pack Ordered Shipped

MT KEGS RET                         21600   KEG     0      -4



# MANHATTAN BEER DISTRIBUTORS

755 EAST 149TH STREET
Bronx, NY 10455-2097
(718) 292-9300    Fax (718) 292-6348
1-800 BEERINC    www.ManhattanBeer.com
Place Your Order On Line @ www.Manhattanbeer.com

ARMONK HOUSE    Y              Phone 914-291-5060
111 BEDFORD ROAD               Account 7e2442°
ARMONK, NY 10504               Store Not on file
                               Terms COD

Sold by  ANDREW LODEWICK       Invoice 8061594
Driver   FORD DELISCA          PO
Truck    Truck 2034            Lic'd To  AP 111
                                         ENTERPRISES LLC
Delivered 08/31/17 06:30PM     License OP 1208347
                               Expires 09/30/17

Permits on file        WINE PERMIT #OP1288347 Expires on 09/30/17
                       LIQUOR PERMIT #OP1288347 Expires on 09/30/17

DELIVERED PRODUCTS

| ITEM | QTY | DESCRIPTION | PRICE | DISC | DPST | AMOUNT |
|---|---|---|---|---|---|---|
| 870 | 1 | CORONA EXTRA 120Z NR 24 LS | 29.35 | 0.00 | 1.30 | 30.65 |
| 2287 | 1 | ITHACA FLOWER POWER IPA 1/6 BBL | 89.00 | 0.00 | 30.00 | 119.00 |
| 6080 | 1 | COORS LIGHT 120Z NR 24 LS | 21.00 | 0.00 | 1.30 | 22.30 |
| 8735 | 1 | NEW BELGIUM FAT TIRE AMBER ALE 1/6 BBL | 69.00 | 0.00 | 30.00 | 99.00 |
|   | 1 | HEINEKEN K2 120Z LONG NECK LS | 29.39 | 0.00 | 1.30 | 30.69 |

EXTENDED SUB-TOTALS : SOLD                          301.64

```
       ED
Cases   9      83.64
Kegs    2     218.00                Total gallons   17.06
Misc    0       0.00
```

RETURNED PRODUCTS

| ITEM | QTY | DESCRIPTION | PRICE | DISC | DPST | AMOUNT |
|---|---|---|---|---|---|---|
| 21600 | 1 | MT KEGS RET | 0.00 | 0.00 | 30.00 | 30.00 |

Reason: EMPTIES FOR RETURN

EXTENDED SUB-TOTALS : RETURNS    0.00  0.00  30.00  30.00

```
RETURNED
Cases   0       0.00
Kegs    1      30.00                Total gallons    0.00
Misc    0       0.00
```

                                   Total sales    301.64
Received by:                       Total credits   30.00
                                   Total tax        0.00

                                   Invoice total  271.64
   $271.64                         Payment       -271.64
                                   Due              0.00

Payment breakdown
   Check #906   $271.64

                                            Ck Ordered Shipped
Delivery discrepancies on this order   Items
                                        943    KEG    1    0
MODELO ESPECIAL 1/4 BBL                8631   KEG    1    0
CAPTAIN LAWRENCE FRESHCHESTER PALE ALE 1/6 BBL

Return discrepancies on this order
                                       21600   KEG    0   -1
MT KEGS RET
Customer:

*[signature: Check]*

I AFFIRM THAT, BY LAW, I AM AUTHORIZED TO PURCHASE
AND RECEIVE THE ALCOHOLIC ITEMS ON THIS INVOICE.