**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case No.: 22-cv-1408 (CS)

CAP 111 ENTERPRISES LLC, on behalf of itself and all others similarly situated,

Plaintiff,

~ <em>against</em> ~

**NOTICE OF APPEARANCE**

MANHATTAN BEER DISTRIBUTORS, LLC and SIMON BERGSON,

Defendants.

**PLEASE TAKE NOTICE**, that Davidoff Hutcher & Citron LLP, 605 Third Avenue, 34th Floor, New York, New York 10158, hereby appears as counsel for defendants MANHATTAN BEER DISTRIBUTORS, LLC and SIMON BERGSON ("Defendants"), and respectfully request that all papers be forwarded to the undersigned at the address set forth below.

Dated:    New York, New York
          March 15, 2022

                              **DAVIDOFF HUTCHER & CITRON LLP**

                    By:    _____
                                  Benjamin Noren, Esq.
                                  Peter Ripin, Esq.
                           605 Third Avenue, 34th Floor
                           New York, New York 10158
                           (212) 557-7200 (Main Office)
                           (212) 286-1884 (Facsimile)
                           Email: bn@dhclegal.com
                                     pmr@dhclegal.com
                           *Attorneys for Defendants*

TO:

Steven L. Wittels
J. Burkett McInturff
Ethan D. Roman
WITTELS McINTURFF PALIKOVIC
18 Half Mile Road
Armonk, New York 10504
Telephone:  (914) 319-9945
Facsmile:   (914) 273-2563
slw@wittelslaw.com
jbm@wittelslaw.com
edr@wittelslaw.com

*Attorneys for Plaintiff and the Proposed Class*

Notice of Appearance - Benjamin Noren and Peter Ripin (00945957).DOCX