UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAP 111 ENTERPRISES LLC, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br> -against-<br><br>MANHATTAN BEER DISTRIBUTORS, LLC and SIMON BERGSON<br><br>       Defendants. | Case No.: 22-cv-1408 (CS)<br><br>**RULE 7.1 STATEMENT** |

   Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Manhattan Beer Distributors, LLC, certifies that it does not have a parent corporation and no publicly held corporation owns more than 10% of any interest in Defendant.

Dated: New York, New York
   March 15, 2022

                 DAVIDOFF HUTCHER & CITRON LLP

            By: ___/s/ Benjamin Noren_____
                Benjamin Noren
                605 Third Avenue, 34th Floor
                New York, New York 10158
                Tel: (212) 557-7200
                bn@dhclegal.com
                *Attorneys for Defendants*

594450v.4