UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAP 111 ENTERPRISES LLC, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>   ~ against ~<br><br>MANHATTAN BEER DISTRIBUTORS, LLC and SIMON BERGSON,<br><br>       Defendants. | Case No.: 22-cv-1408 (CS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Davidoff Hutcher & Citron LLP, 605 Third Avenue, 34th Floor, New York, New York 10158, hereby appears as counsel for defendants MANHATTAN BEER DISTRIBUTORS, LLC and SIMON BERGSON ("Defendants"), and respectfully request that all papers be forwarded to the undersigned at the address set forth below.

Dated: New York, New York
    March 15, 2022

              **DAVIDOFF HUTCHER & CITRON LLP**

         By: /s/ *Peter Ripin*
            Peter Ripin, Esq.
            605 Third Avenue, 34th Floor
            New York, New York 10158
            (212) 557-7200 (Main Office)
            (212) 286-1884 (Facsimile)
            Email: pmr@dhclegal.com
            *Attorneys for Defendants*

TO:

Steven L. Wittels
J. Burkett McInturff
Ethan D. Roman
WITTELS McINTURFF PALIKOVIC
18 Half Mile Road
Armonk, New York 10504
Telephone:  (914) 319-9945
Facsmile:    (914) 273-2563
slw@wittelslaw.com
jbm@wittelslaw.com
edr@wittelslaw.com

*Attorneys for Plaintiff and the Proposed Class*

Notice of Appearance - Peter Ripin (00946015).DOCX