

July 13, 2023

**Via ECF**
The Hon. Andrew E. Krause
United States District Court
300 Quarropas St.
White Plains, NY 10601

Re:     *Cap 111 Enters. LLC v. Manhattan Beer Distrib., LLC*, No. 22 Civ. 1408 (CS) (AEK)

Dear Judge Krause,

We write on behalf of Plaintiffs and the proposed Class with Defendants' consent pursuant to Your Honor's Individual Practice 1.D to request an extension until July 20, 2023 of the deadline for Plaintiffs' responsive letter to Defendants' letter filed July 11, 2023 (ECF No. 119).

Pursuant to Your Honor's March 23, 2023 Order, Plaintiffs' response to Defendants' July 11, 2023 letter is due 3 business days after the initial filing.  ECF No. 60.  Therefore, the current deadline for Plaintiffs' response is July 14, 2023.

The reason for this request is that Plaintiffs' counsel's commitments in other matters leave insufficient time to properly respond to Defendants' letter.

The current deadline is July 14, 2023.  Plaintiffs are seeking an extension to July 20.  All parties consent to the requested new deadline.  This is the parties' first request for an extension of this deadline.  No other scheduled dates are affected by this request.

Thank you for the Court's consideration of this request.

                                                            Respectfully Submitted,

                                                            /s/ Ethan D. Roman
                                                                Ethan D. Roman

                                                           *Counsel for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (*via ECF*)