# Exhibit A

## Cap 111 Enterprises LLC, et al. v. Manhattan Beer Distributors, et al., No. 22 Civ. 1408 (CS) (AEK) - Plaintiffs' Initial Search Term Report

**Documents searched: 417,359**
**Total documents with hits: 1,875**
**Total documents with hits, including Family: 2,706**

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| "bottle bill*" | 13 | 39 | 1 |
| "credit application*" | 275 | 453 | 263 |
| "Manhattan Beer*" | 931 | 1,595 | 487 |
| "ten cent*" | 2 | 2 | 0 |
| "ten-cent*" | 2 | 2 | 0 |
| Deposit* w/20 (cardboard* OR carrier* OR carton* OR bottle*) | 324 | 465 | 256 |
| Manhattanbeer* | 700 | 1,080 | 291 |
| MBeer* | 16 | 19 | 5 |
| Refund* w/20 (cardboard* OR carrier* OR carton* OR bottle*) | 137 | 219 | 91 |