# Exhibit B

**Additional Defendants-Proposed Search Terms for Plaintiffs**

| |
|---|
| refund w/20 deposit* |
| credit w/20 deposit* |
| reimburs* w/20 deposit* |
| return* w/20 deposit* |
| Andrew w/1 Amerio |
| Richard w/1 Onayiga |
| Anthony w/1 Trocchio |
| Tony w/1 Trocchio |
| William w/1 Davis |
| Bill w/1 Davis |
| Dania w/1 Luna |
| Dania w/2 Serretti |
| Ruben w/1 Estrella |
| (redeem* OR redemption*) w/20 (cardboard* OR carrier* OR carton* OR bottle*) |
| (redeem* OR redemption*) w/20 deposit* |
| return* w/10 (cardboard* OR carrier* OR carton*) |
| (sale* OR sell*) /10 (cardboard* OR carrier* OR carton*) |
| Wittels w/1 McInturff |
| "Returnable Container Act" |
| "five cents" w/10 bottle* |
| 0.05 w/10 bottle* |
| "5 cents" w/10 bottle* |
| 1.20 w/10 case* |
| dollar w/2 (twenty or 20) w/10 case* |
| 10 w/1 cent* |
| 10-cent* |