# Exhibit D

## Cap 111 Enterprises LLC, et al. v. Manhattan Beer Distributors, et al., No. 22 Civ. 1408 (CS) (AEK) - Plaintiffs' Search Term Report With Defendants' Additional Terms

**Documents searched: 417,359**
**Total documents with hits: 4,469**
**Total documents with hits, including Family: 8,709**

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| Manhattanbeer* | 700 | 1,080 | 235 |
| "Manhattan Beer*" | 931 | 1,595 | 476 |
| MBeer* | 16 | 19 | 5 |
| "ten cent*" | 2 | 2 | 0 |
| "ten-cent*" | 2 | 2 | 0 |
| "credit application*" | 275 | 453 | 260 |
| "bottle bill*" | 13 | 39 | 1 |
| Deposit* w/20 (cardboard* OR carrier* OR carton* OR bottle*) | 324 | 465 | 122 |
| Refund* w/20 (cardboard* OR carrier* OR carton* OR bottle*) | 137 | 219 | 35 |
| refund w/20 deposit* | 232 | 547 | 121 |
| credit w/20 deposit* | 1,775 | 2,328 | 1,648 |
| reimburs* w/20 deposit* | 169 | 207 | 44 |
| return* w/20 deposit* | 383 | 767 | 144 |
| Andrew w/1 Amerio | 0 | 0 | 0 |
| Richard w/1 Onayiga | 0 | 0 | 0 |
| Anthony w/1 Trocchio | 177 | 354 | 10 |
| Tony w/1 Trocchio | 0 | 0 | 0 |
| William w/1 Davis | 0 | 0 | 0 |
| Bill w/1 Davis | 4 | 7 | 4 |
| Dania w/1 Luna | 7 | 16 | 2 |
| Dania w/2 Serretti | 0 | 0 | 0 |
| Ruben w/1 Estrella | 0 | 0 | 0 |
| (redeem* OR redemption*) w/20 (cardboard* OR carrier* OR carton* OR bottle*) | 38 | 38 | 36 |
| (redeem* OR redemption*) w/20 deposit* | 63 | 87 | 53 |
| return* w/10 (cardboard* OR carrier* OR carton*) | 94 | 139 | 28 |
| (sale* OR sell*) w/10 (cardboard* OR carrier* OR carton*) | 61 | 1,532 | 53 |
| Wittels w/1 McInturff | 20 | 55 | 0 |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| "Returnable Container Act" | 9 | 34 | 0 |
| "five cents" w/10 bottle* | 0 | 0 | 0 |
| 0.05 w/10 bottle* | 10 | 35 | 0 |
| "5 cents" w/10 bottle* | 9 | 34 | 0 |
| 1.20 w/10 case* | 269 | 576 | 179 |
| dollar w/2 (twenty or 20) w/10 case* | 0 | 0 | 0 |
| 10 w/1 cent* | 181 | 2,547 | 88 |
| 10-cent* | 91 | 2,436 | 0 |