# EXHIBIT B

**CRAFT BEER GUILD DISTRIBUTING OF NY, LLC**
12 SOUTH PUTT CORNERS RD
NEW PALTZ, NY 12561
(845) 419-5157
Wed Sep 20, 2023  1:26 PM

License#: 2187970
License#: 2199628
Tax ID#: ███
NYS Alcohol Beverage Tax Paid

Account: S440Y
41 WHEELER AVE LLC
FATT ROOT
11 WHEELER AVE
PLEASANTVILLE, NY 10570
(914) 612-4267
DELIV BASEMENT USE SIDE DOOR BY CO2 TANK

Invoice#: 474442  PO#:
License : 1336124 Expires Mar 31, 2024
Load    : 3408
Terms   : CYCLE-CHARGE
Driver  : SD4D2 - SANTIAGO, CRIST
Salesrep: SR202 - BYRNES, SEAN



| ITEM# | QTY | DESCRIPTION | U.P.C. | PRICE | DISC | DEP | EXT |
|---|---|---|---|---|---|---|---|
| 32595 | 1 | HUDSON NORTH CID GINGER CITRUS C-4/6 12OZ | 751571078997 | 37.85 | 0.00 | 0.00 | 37.85 |
| 43780 | 2 | OSKAR BLUE DALE'S PALE ALE C-4/6 12OZ | 819942000036 | 35.05 | 0.00 | 1.20 | 72.50 |
| 39977 | 2 | SLOOP JUICE BOMB C-4/6 12OZ | 860367000729 | 40.65 | 0.00 | 1.20 | 83.70 |
| 49699 | 1 | SLOOP PILS C-4/6 12OZ | 860002185330 | 40.65 | 0.00 | 1.20 | 41.85 |

Beer: 6 + 0 Kegs       $235.90
Wine & Liq: 0          $0.00
Soft Drink: 0          $0.00
Misc: 0                $0.00
Credits: 0             $0.00

Total Sales     229.90
Total Discount   -0.00

Total Content   229.90
Total Deposit     6.00
Total Credits     0.00
Over/Short        0.00

Invoice Total   235.90

PLEASE MAKE CHECK PAYABLE TO:
Craft Beer Guild NY
12 SOUTH PUTT CORNERS RD
NEW PALTZ, NY 12561

A/R DETAIL

INVOICE# DATE    BALANCE   ACF TYPE

---

**Oak Beverages INCORPORATED**

Oak Beverages, Inc.
44 High Street
West Nyack NY, 10994

FATT ROOT
11 WHEELER AVE
PLEASANTVILLE, NY 10570
(914) 579-2552
2225704 Li

| Date | INVOICE # | PO # | CUSTOMER | Deliveryman | Salesp |
|---|---|---|---|---|---|
| 09/13/2023 | W-2576599 | | 70447 | smarciniak | bdetori |

| ID | QTY | PRODUCT | PRICE | DEP | MTHR C | DISC | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1) Sales | | | | | | | | |
| 5730 | 1 | ASAHI BEER 4/6PK/12OZ B | $36.75 | $1.20 | $.10 | $1.00 | $37.05 | $37.0 |
| 1866 | 1 | LUCKY BUDDHA 4/6PK 12OZ B | $39.24 | $1.20 | $.10 | | $40.54 | $40.5 |
| 3180 | 1 | SAPPORO PREMIUM 1/2 KEG | $140.0 | $30.00 | | $15.00 | $125.00 | $155 |
| 2) Pick Ups | | | | | | | | |
| 1069 | (1) | EMPTY KEG COOPERAGE 50LT BBL | $30.00 | | | | $30.00 | ($30 |
| 3) Invoice Charges | | | | | | | | |
| 99 | 2 | MOTHER CARTON INVOICE CHARGE | | | | | | |

4    2

Sub Total  $2
           $202.59  $2

$0.00
Receipt  C

