# EXHIBIT C

**CUSTOMER #** 123408
VILLAGE SOCIAL
251 E MAIN STREET
MOUNT KISCO, NY 10549
914-364-1255
Tax #
Lic 1234081
251 E MAIN ST LLC
Charge



**Oak Beverages**
INCORPORATED

1 FLOWER LANE
BLAUVELT, NEW YORK 10913
845-353-1800   N.Y.S. License CO-6203
2010295

**DATE** 03/19/19

**INVOICE #** 1051921
Page 1/1
PO #
Route # 1196 Stop # 16
Salesman # 7 WESTCHESTER

| UPC Unit | Prod# | Case | Non Case | Description | Price | Dep | Disc | Price | Ext Total |
|---|---|---|---|---|---|---|---|---|---|
| 087692100126 | 5202 | 1 | | S ADAM LAGER 12OZ NR 4/6 | 34.10 | 1.30 | 0.50 | 34.90 | 34.90 |
| | 8080 | | 2 | GUINNESS 13.2 KEG | 157.35 | 30.00 | | 187.35 | 374.70 |

*Beer $379.60  pay*

Gallons       Cases  NonCases
28.65           1       2

Due Date:   04/05/19

409.60

| EMPTIES | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | DESC. | QTY. | PRICE | AMOUNT | # | DESC. | QTY. | PRICE | AMOUNT | # | DESC. | QTY. | PRICE | AMOUNT |
| 10 | 12oz. BAG OF CANS (240) | | $20.40 | | 28 | CS OF 28 BTLS. | | $2.38 | | 99 | MOTHER CARTON | | $.10 | |
| 18 | CS OF 18 BTLS. | | $1.53 | | 30 | CS OF 24 BTLS. | | $2.04 | | 88 | BAG ALLOW | | $.15 | |
| 20 | CS OF 24 CANS | | $2.04 | | 37 | CS OF 12 BTLS. | | $1.02 | | | EMPTY KEGS | | $30.00 | |
| 22 | CS OF 15 BTLS. | | $1.28 | | 75 | 1 LTR BAG PLASTIC (65) | | $5.52 | | | PALLETS | | $8.00 | |
| 24 | BAGS OF 24oz. (120) | | $10.20 | | 77 | 16.9 BAG PLASTIC(192) | | $16.32 | | | PALLETS | | $15.00 | |
| 25 | CS OF 20 BTLS. | | $1.70 | | 80 | 16oz BAG CANS (192) | | $16.32 | | | | | | |

| | |
|---|---|
| TAX | 0.00 |
| SUBTOTAL | 409.60 |
| TOTAL CREDITS | |
| TOTAL | |

THIS PREMISE IS DULY LICENSED BY N.Y.S.L.A. RECEIVED CORRECT AMOUNT IN GOOD CONDITION:        DELIVERED AND ROTATED BY:

X
SUBJECT TO THE FOLLOWING SENTENCE. ACCEPTANCE OF YOUR COMPANY'S ORDER IS SUBJECT TO THE PROV. ON THE FACE AND REVERSE SIDE HEREOF.
HOWEVER, IF SUCH PROVISIONS WOULD NOT OTHERWISE BECOME PART OF THE CONTRACT BETWEEN OUR COPMANIES DUE TO OTHER DOCUMENTS OR
CIRCUMSTANCES, THEN (i)ACCEPTANCE OF YOUR COMPANY'S ORDER IS EXPRESSLY MADE CONDITIONAL ON YOUR COMPANY ASSENT TO THE TERMS
CONDITIONS ON THE FACE AND REVERSE SIDES OF THIS INVOICE, WHICH TERMS AND CONDITIONS INCLUDE, WITHOUT LIMITATION, DISCLAIMERS OF
WARRANTIES AND LIMITATION OF LIABILITY PROVISIONS; AND (ii) IF YOUR COMPANY DOES NOT ASSENT TO SUCH TERMS, THERE IS NO CONTRACT

X
AMOUNT DUE FOR REFUND VALUE & HANDLING FEES IS SUBJECT TO
THE SAME CREDIT TERMS AS SALES INVOICE, IRRESPECTIVE OF ANY
DESIGNATION BY CUSTOMER, WHOLESALER MAY AT ITS SOLE DISCRETION
APPLY, REAPPLY OR TRANSFER ANY PAYMENT OR CREDIT DUE AGAINST
ANY BALANCE DUE, ACCOUNT OR INDEBTEDNESS OWED TO WHOLESALER.