# EXHIBIT D



Oak Beverages, Inc.
800 Bradley Ext

LOCALI KITCHEN & BAR LLC
2 KIRBY PLAZA
MOUNT KISCO, NY 10549
(914) 242-0100

2010295

Date          INVOICE #  PO #
11/10/2021  W-2276479

CUSTOMER DeliverymanSalesperso
69963      ddelacruz  bdetorres

| ID | QTY | PRODUCT | PRICE | DEP | MTHR C | DISC | NET | TOTAL |
|----|-----|---------|-------|-----|--------|------|-----|-------|
| 1)Sales | | | | | | | | |
| 5110 | 1 | PERONI 1/2 KEG | | | | | | |
| 00 | | | $158.00 | $30.00 | | | $158.00 | $188. |
| 302 | 1 | SIERRA PALE ALE 4/6PK/12OZ B | | | | | | |
| 9 | | | $33.99 | $1.20 | $.10 | $1.00 | $34.29 | $34.2 |

2)Pick Ups
1089  (1)    EMPTY KEG COOPERAGE 50LT BBL
00)                                  $30.00

$30.00    ($30.

3)Invoice Charges
99   1      MOTHER CARTON INVOICE CHARGE

3    1

Sub Total  $192.29
Total        $192.29

$0.00
Recuipt        Check Num