# EXHIBIT A

| Bates Range | Date | Type | Subject | Description | Author | Recipient(s) | CC | Withheld / Redacted | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 1 MBPLS000000417 | 2/17/2022 | Email | Cap 111 v Manhattan Beer - DRAFT COMPLAINT -- ATT CLIENT AND WORK PROD CONFIDENTIAL | Communication re draft complaint | Steven Wittels | Connie Petrovich, Ethan Roman | Burkett McInturff, Tiasha Palikovic | Withheld | Attorney-client privilege; attorney work product |
| 2 MBPLS000000418 | 2/17/2022 | Attachment | | Attached draft complaint | | | | Withheld | Attorney-client privilege; attorney work product |
| 5 MBPLS000000419 | 2/19/2022 | Email | Cap 111 Enterprises v Manhattan Beer Distributors -- Filed Complaint 2-18-22 | Communcation re filed complaint and case strategy | Steven Wittels | Connie Petrovich, Ethan Roman | Burkett McInturff, Tiasha Palikovic | Withheld | Attorney-client privilege; attorney work product |
| 3 MBPLS000000451 | 2/18/2022 | Email | Cap 111 Enterprises LLC v Manhattan Beer Distributors. Complaint filing. CONFIDENTIAL ATT CLIENT AND WORK PRODUCT | Communication re draft complaint | Steven Wittels | Connie Petrovich, Ethan Roman, Burkett McInturff | Tiasha Palikovic | Withheld | Attorney-client privilege; attorney work product |
| 4 MBPLS000000452 | | Attachment | | Attached draft complaint | | | | Withheld | Attorney-client privilege; attorney work product |

| Name | Affiliation | Title | Attorney |
|------|-------------|-------|----------|
| Wittels, Steven | Wittels McInturff Palikovic | Partner | Yes |
| Roman, Ethan | Wittels McInturff Palikovic | Senior Associate | Yes |
| McInturff, Burkett | Wittels McInturff Palikovic | Partner | Yes |
| Palikovic, Tiasha | Wittels McInturff Palikovic | Partner | Yes |
| Petrovich, Connie | Cap 111 Enterprises LLC | Client | No |