# EXHIBIT B

| No. | Bates Range | Date | Type | Subject | Description | Author | Recipient(s) | CC | BCC | Withheld / Redacted | Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MBPLS000000417 | 2/17/2022 | Email | Cap 111 v Manhattan Beer - DRAFT COMPLAINT -- ATT CLIENT AND WORK PROD CONFIDENTIAL | Communication re draft complaint | Steven Wittels | Connie Petrovich, Ethan Roman | Burkett McInturff, Tiasha Palikovic | None | Withheld | Attorney-client privilege; attorney work product |
| 2 | MBPLS000000418 | 2/17/2022 | Attachment | | Attached draft complaint | | | | | Withheld | Attorney-client privilege; attorney work product |
| 5 | MBPLS000000419 | 2/19/2022 | Email | Cap 111 Enterprises v Manhattan Beer Distributors -- Filed Complaint 2-18-22 | Communcation re filed complaint and case strategy | Steven Wittels | Connie Petrovich, Ethan Roman | Burkett McInturff, Tiasha Palikovic | None | Withheld | Attorney-client privilege; attorney work product |
| 3 | MBPLS000000451 | 2/18/2022 | Email | Cap 111 Enterprises LLC v Manhattan Beer Distributors. Complaint filing. CONFIDENTIAL ATT CLIENT AND WORK PRODUCT | Communication re draft complaint | Steven Wittels | Connie Petrovich, Ethan Roman, Burkett McInturff | Tiasha Palikovic | None | Withheld | Attorney-client privilege; attorney work product |
| 4 | MBPLS000000452 | 2/18/2022 | Attachment | | Attached draft complaint | | | | | Withheld | Attorney-client privilege; attorney work product |
| 5 | Forthcoming | 12/6/2021 | Email | Claims Against Manhattan Beer - Confidential attorney-client communication | Communication re retainer letter | Steven Wittels | Connie Petrovich | Burkett McInturff, Tiasha Palikovic, Ethan Roman, Steven Cohen | None | Withheld | Attorney-client privilege; attorney work product |
| 6 | Forthcoming | 12/6/2021 | Attachment | | Attached retainer letter | | | | | Withheld | Attorney-client privilege; attorney work product |
| 7 | Forthcoming | 12/7/2021 | Attachment | | Signed retainer letter | | | | | Withheld | Attorney-client privilege; attorney work product |

**PAGE INTENTIONALLY LEFT BLANK**

| Name | Affiliation | Title | Attorney |
|---|---|---|---|
| Wittels, Steven | Wittels McInturff Palikovic | Partner | Yes |
| Roman, Ethan | Wittels McInturff Palikovic | Senior Associate | Yes |
| McInturff, Burkett | Wittels McInturff Palikovic | Partner | Yes |
| Palikovic, Tiasha | Wittels McInturff Palikovic | Partner | Yes |
| Cohen, Steven | Wittels McInturff Palikovic | Counsel | Yes |
| Petrovich, Connie | Cap 111 Enterprises LLC | Client | No |