# Exhibit A

S.K.I. Beer Corp.                              INVOICE NUMBER 2672358
169 Gardner Avenue                             DELIVERY DATE 04/21/2022
Brooklyn, NY 11237                             PAGE       19COPY 1
T: 718-821-7200    F: 718-821-0665             PRINTED4/20/2022 7:10:07 PM
Route 73 P:  347-907-9518   rt73@skibeersales.com  SOLD BYRoute 73
DM 9     P:  347-986-8894   dm9@skibeersales.com

DELIVER TO  7125136                    BILL TO
VILLAGE SOCIAL          Net15          251 E MAIN ST LLC
                        PO#
251 E MAIN STREET                      251 E MAIN STREET
MOUNT KISCO, NY   10549                MOUNT KISCO, NY   10549
914-864-1255

| QTY | ITEM | FrontLine | Disc | Price | Dep | Total |
|-----|------|-----------|------|-------|-----|-------|
| 2 | JACKS HARD CIDER PEACH - 12OZ CAN 4/6 | | | | | |
|   | 6206 | 31.99 | .00 | 31.99 | 0.00 | 63.98 |
| 2 | MONTAUK SUMMER - 12OZ CAN 2/12 | | | | | |
|   | 9159 | 36.00 | .00 | 36.00 | 1.30 | 74.60 |
|   | Total Cases    4 | | Total Kegs 0 | | | |

CREDITS & RETURNS                      SALES TAX      $0.00
                                       ORDER TOTAL    $138.58
                                       Net15
                                       PO#

04/21/2022
2672358

Print Name                                       Signature

For service inquiries: Please email Office@SKIBeerUSA.com



MBPLS000000485

CRAFT BEER GUILD DISTRIBUTING OF NY, LLC
12 SOUTH PUTT CORNERS RD
NEW PALTZ, NY 12561
(845) 419-5157
Wed Apr 20, 2022  1:18 PM

License#: 2187970
License#: 2199628
Tax ID#: FIN 61-1694280
NYS Alcohol Beverage Tax Paid

Account: S44KS
PUB STREET PLEASANTVILLE
PUBSTREET
20 WHEELER AVE
PLEASANTVILLE, NY 10570
(845) 800-4531
RIGHT SIDE DOCK

**Invoice#: 275187**  PO#:
License : 1299058 Expires Jul 31. 2023
Load    : 3408
Terms   : CYCLE-CHARGE
Driver  : SD4D9 - KIRZONCIC, TOM
Salesrep: SR202 - MURPHY, PAUL

| ITEM# | QTY | DESCRIPTION | U.P.C. | PRICE | DISC | DEP | EXT |
|-------|-----|-------------|--------|-------|------|-----|-----|
| 34248 | 1 | ALLAGASH WHITE B-4/6 12OZ | 603675101883 | 38.99 | 0.00 | 1.20 | 40.19 |
| 67700 | 1 | NARRAGANSETT LAGER K-15.5 GAL HB | 000000000000 | 94.99 | 10.00 | 30.00 | 114.99 |

| | |
|---|---|
| Beer: 1 + 1 Kegs | $155.18 |
| Wine & Liq: 0 | $0.00 |
| Soft Drink: 0 | $0.00 |
| Misc: 0 | $0.00 |
| Credits: 0 | $0.00 |

| | |
|---|---|
| Total Sales | 133.98 |
| Total Discount | -10.00 |
| Total Content | 123.98 |
| Total Deposit | 31.20 |
| Total Credits | 0.00 |
| Over/Short | 0.00 |
| **Invoice Total** | **155.18** |

PLEASE MAKE CHECK PAYABLE TO:
Craft Beer Guild NY
12 SOUTH PUTT CORNERS RD
NEW PALTZ, NY 12561

Beer

**A/R DETAIL**

| INVOICE# | DATE | BALANCE | AGE | TYPE |
|----------|------|---------|-----|------|
| 265497 | Apr 13 2022 | $125.18 | 7 | BEER |
| 265498 | Apr 13 2022 | $78.50 | 7 | LIQUOR |
| 275187 | Apr 20 2022 | $155.18 | 0 | BEER |
| 275188 | Apr 20 2022 | $34.19 | 0 | SODA |
| 275189 | Apr 20 2022 | $78.50 | 0 | LIQUOR |

**PAYMENT**

| INVOICE# | PAYMENT TYPE | AMOUNT |
|----------|--------------|--------|
| 275187 | Charge | 155.18 |
| 275188 | Charge | 34.19 |

MBPLS000000488