

June 5, 2024

<u>Via ECF</u>
The Hon. Andrew E. Krause
United States District Court
300 Quarropas St.
White Plains, NY 10601

Re:    *Cap 111 Enters. LLC v. Manhattan Beer Distrib., LLC*, No. 22 Civ. 1408 (CS) (AEK)

Dear Judge Krause,

The parties jointly write to request a brief adjournment of the discovery conference scheduled for June 13, 2024 and the deadlines for submitting discovery dispute letters in advance of that conference.

The parties are available for the rescheduled conference on July 17, July 23, or July 26. This is the parties' first request to adjourn this conference.

The requested brief adjournment is appropriate because the parties are still working to resolve outstanding issues from the May 8 conference, as well as other recently raised issues. The parties have met and conferred twice since the May 8 conference and will continue to work to minimize their differences without the Court's intervention.

Thank you for the Court's consideration of this request.

                                                  Respectfully Submitted,

                                                  /s/ J. Burkett McInturff
                                                        J. Burkett McInturff

cc: All Counsel of Record (*via ECF*)            *Counsel for Plaintiffs and the Proposed Class*