

March 19, 2025

**Via ECF**
The Hon. Cathy Seibel
United States District Court
300 Quarropas St.
White Plains, NY 10601

Re:   *Cap 111 Enters. LLC v. Manhattan Beer Distrib., LLC*, No. 22 Civ. 1408 (CS) (AEK)

Dear Judge Seibel,

We represent the Plaintiffs and the proposed Class with respect to Plaintiffs' forthcoming motion for final settlement approval. In accordance with Your Honor's Individual Practice 2.B.i., Plaintiffs respectfully request that they be permitted to file a final approval brief that is up to 35 pages.

The additional pages are needed to fully describe the proposed settlement's terms, the litigation and negotiation process that produced the settlement, the procedural and substantive fairness of the settlement to demonstrate that the settlement satisfies Fed. R. Civ. P 23(e) and *City of Detroit v. Grinnell Corp.*, 495 F.2d 448 (2d Cir. 1974), and the requests for attorneys' fees, reimbursement of expenses, and service awards to the Class Representatives. Defendants consent to this request.

Thank you for the Court's consideration of this request.

> Respectfully Submitted,
>
> /s/ Ethan D. Roman
>         Ethan D. Roman
>
> *Counsel for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (*via ECF*)