# Exhibit B

# WITTELS MCINTURFF PALIKOVIC
## ATTORNEYS AT LAW

# FIRM RESUME
# 2025

# FIRM PROFILE

Wittels McInturff Palikovic is driven by a strong sense of social responsibility. The Firm is committed to achieving justice for consumers, employees, patients, and small companies, protecting consumers from unscrupulous and underhanded business practices, ensuring that employees are treated with dignity and properly paid for their hard work, promoting honesty in the marketplace, and remedying civil rights violations. Wittels McInturff Palikovic possesses the experience, resources, investigative talent, and administrative support to take on some of the most complex cases. The Firm takes great pride in its innovative approach to the practice of law and its leadership role in cases resulting in landmark decisions and precedent-setting rulings.

Steven Wittels and the lawyers of Wittels McInturff Palikovic[1] have successfully litigated dozens of complex class actions in federal and state court, and have also represented individuals in discrimination, wage and hour, and whistleblower cases. Some of these notable settlements and verdicts include:

- *$253 Million Verdict in Novartis Gender Class Action Trial Verdict*: Steven Wittels was lead trial counsel in the largest gender discrimination case ever tried to a jury. Both the public and the media lauded this result as a milestone in advancing women's rights both nationally and globally, with a $253,000,000 verdict in the Southern District of New York on behalf of 5,600 female employees.

- *Novartis Wage and Hour Class Action Settlement*: Lawyers of Wittels McInturff Palikovic obtained a $99,000,000 settlement for pharmaceutical representatives denied overtime pay. The settlement was approved by Judge Crotty of the Southern District of New York.

- *Noom Autorenewal Class Action Settlement*: Wittels McInturff Palikovic secured a $62,000,000 settlement on behalf of approximately 2 million Noom customers in what

---

[1] Prior to founding Wittels McInturff Palikovic in 2013, Steven Wittels was a founding partner at the firm of Sanford Wittels & Heisler, LLP. References in this resume to Steven Wittels and the "lawyers of Wittels McInturff Palikovic" include instances involving Mr. Wittels when he was at Sanford Wittels & Heisler.

is the nation's largest private autorenewal settlement to date. The settlement was approved by Judge Katharine A. Parker of the Southern District of New York.

- *IDT Energy Class Action*: Wittels McInturff Palikovic obtained a $54,600,000 settlement for residential and small commercial gas and electric customers who were overcharged in connection with IDT's deceptive marketing and sales practices and breach of contract. The settlement was approved by Judge Vitaliano of the Eastern District of New York.

- *Ocwen Loan Servicing "Check Solicitation" Class Action*: Wittels McInturff Palikovic obtained a $39,800,000 settlement for consumers who were unwittingly enrolled in expensive monthly home warranty and service plans via a deceptive check solicitation. The settlement was approved by Judge Garaufis of the Eastern District of New York.

- *Ambit Energy "Guaranteed Savings Plan" Class Action*: Wittels McInturff Palikovic obtained a $29,750,000 settlement for Guaranteed Savings Plan customers rolled onto more expensive variable rate plans. The settlement was approved in the Kings County Commercial Division.

- *AT&T Overtime Class Action*: The lawyers of Wittels McInturff Palikovic obtained a $27,000,000 nationwide, multi-jurisdiction settlement for AT&T employees who were misclassified as exempt from overtime.

- *G.E. Capital Late Fee Class Action*: Settlement approved by Justice Gammerman of the New York Supreme Court obtaining benefits of $19,200,000 million for consumers who leased vehicles from G.E. Capital and were overcharged on late fees.

- *Viridian Energy Class Action*: Wittels McInturff Palikovic secured an $18,500,000 settlement for gas and electric consumers who were overcharged on Viridian's variable rate energy plan. The settlement was approved by Judge Underhill of the District of Connecticut.

- *Vioxx Products Liability Class Action*: The lawyers of Wittels McInturff Palikovic served as counsel in over 200 Vioxx cases against the drug manufacturer Merck. The Vioxx class action settled for approximately $5 billion.

- *Sanofi-Aventis Gender Discrimination Class Action*: The lawyers of Wittels McInturff Palikovic represented nearly 6,000 female sales employees in their gender discrimination claims. Judge Koeltl of the Southern District of New York approved the $15,000,000 settlement on behalf of the class.

- *Citicorp Vendor Finance Class Action*: Judge Harris of the Superior Court of Bergen County approved a settlement obtained by Wittels McInturff Palikovic lawyers that

- provided benefits totaling $14,200,000 million for lessees who were subjected to unfair business practices.

- *C&S Wholesale Grocers Wage & Hour Class Action*: A nationwide overtime suit which lawyers of Wittels McInturff Palikovic settled for $14,000,000 on behalf of 12,000 C&S employees who were denied their fair wages. The settlement was approved by Judge Karas of the Southern District of New York.

- *Preferred Home Care of New York Wage & Hour Class Action*: Wittels McInturff Palikovic secured a $12,500,000 settlement on behalf of 20,000 home care workers. The settlement was approved by Magistrate Judge Bloom of the Eastern District of New York.

- *First Union Auto Finance Consumer Fraud Litigation*: Presiding Judge Sybil R. Moses of the Superior Court of Bergen County approved a $4,500,000 settlement for automobile lessees who had been double-billed for lease payments.

- *New York Health Care Inc. Class Action*: Wittels McInturff Palikovic secured a $4,800,000 settlement on behalf of home care workers denied overtime and other wages. The class action settlement was approved by District Judge Woods of the Southern District of New York.

- *Marlin Leasing Corp. Undisclosed Fees Class Action*: The Superior Court of Burlington County approved a $2,100,000 class-wide settlement to equipment lessees charged excessive late fee payments in violation of the New Jersey Consumer Fraud Act.

- *Washington Mutual Bank Interest Fee Class Action*: Judge Karas of the Southern District of New York approved a $2,000,000 class action settlement on behalf of homeowners who were wrongfully assessed additional per diem interest when they paid off or refinanced their mortgages.

- *Wachovia Bank and First National Bank of Atlanta Credit Card Litigation*: After the New York Appellate Division Second Department held that it is improper for a defendant to try to buy off the individual lead plaintiff in a class action, the lawyers of Wittels McInturff Palikovic entered into a multi-million dollar settlement on behalf of credit card customers nationwide who were charged late fees on payments that were not overdue in violation of consumer fraud statutes.

- *Good Care Agency Home Care Class Action*: Wittels McInturff Palikovic secured a $1,500,000 settlement on behalf of home care workers denied overtime and other wages. The class action settlement was approved by Magistrate Judge Pollak of the Eastern District of New York.

# ATTORNEYS

## STEVEN L. WITTELS, FOUNDING PARTNER

Steven L. Wittels graduated from Berkeley Law School (The University of California – Boalt Hall) in 1984 with Highest Honors on his class action thesis.

A practicing trial lawyer for over 30 years, Mr. Wittels has achieved remarkable success in complex, multi-party cases and class actions. The *Wall Street Journal* has called Mr. Wittels' work "Game Changing," and his successes have been repeatedly recognized by *The New York Times*, *The New York Law Journal*, and the *American Lawyer*.

Mr. Wittels is known for his aggressive and innovative litigation strategies and has produced outstanding results for both individuals and class members. Courts have designated Mr. Wittels Lead Counsel in more than 20 class actions. He has also developed a solid track record through his role as a zealous class and individual advocate, and as New York counsel to The Toro Company, a Fortune 500 company.

After graduating from Berkeley Law, Mr. Wittels joined the New York office of Milberg, LLP, then the nation's foremost class action law firm. At Milberg, Mr. Wittels litigated numerous complex class actions on behalf of plaintiffs, including a $75 million consumer fraud class action against International Gold Bullion Exchange, a Florida-based corporation that defrauded and misled tens of thousands of investors nationwide in a complex pyramid scheme. He also spearheaded a claim for more than $100 million in damages arising from widespread fraud and securities violations against Fortune Computer Systems. Additionally, Mr. Wittels prosecuted a $150 million claim under international treaties against Reffet, a consortium of insurance companies that perpetrated a multi-tiered subterfuge on U.S. companies.

After leaving Milberg, Mr. Wittels achieved great success in class actions and other complex litigations. Since founding his own law firm in 1997, Mr. Wittels has secured more than $500 million in benefits to consumers and employees. As testament to his experience as a trial lawyer, Mr. Wittels has tried more than 30 cases, representing both plaintiffs and defendants.

Mr. Wittels is a member of the New Jersey Bar and the New York Bar, as well as the Federal Courts for the District of New Jersey, the Southern and Eastern Districts of New York, the Northern District of California, the U.S. Courts of Appeals for the Second and Third Circuits, and the U.S. Supreme Court.  He is a member of the American Association for Justice and the National Association of Consumer Advocates.

# T<span style="font-variant:small-caps">iasha</span> P<span style="font-variant:small-caps">alikovic</span>, S<span style="font-variant:small-caps">hareholder and</span> P<span style="font-variant:small-caps">artner</span>

Tiasha Palikovic is a Shareholder and Partner at Wittels McInturff Palikovic. She has in-depth experience with all aspects of complex litigation at the trial and appellate level, including pleadings, discovery, dispositive motions, trials, and settlement. She has represented clients in a broad range of complex civil litigation matters in state and federal courts, including disputes involving intellectual property, securities, contract, and consumer fraud claims. Ms. Palikovic also has substantial experience representing pro bono clients in immigration proceedings.

Ms. Palikovic is a graduate of the University of California at Berkeley and the London School of Economics, and she received her law degree from New York University School of Law in 2007. During law school Ms. Palikovic was a Dean's Scholar, an NYU International Law and Human Rights Fellow, and Notes Editor of the NYU Journal of Law & Business. Prior to joining Wittels McInturff Palikovic, she worked as an associate in the New York office of Mayer Brown, LLP, as outside counsel for the Sierra Club, and as a law clerk at the International Criminal Tribunal for the Former Yugoslavia.

Ms. Palikovic is admitted to the New York Bar and the Federal Courts for the Southern and Eastern Districts of New York, and the U.S. Courts of Appeals for the Second and Ninth Circuits. Ms. Palikovic is fluent in Croatian/Serbian/Bosnian and speaks French and Italian.

# J. B<span>URKETT</span> M<span>C</span>I<span>NTURFF</span>, S<span>HAREHOLDER AND</span> P<span>ARTNER</span>

J. Burkett McInturff is a Shareholder and Partner at Wittels McInturff Palikovic, where he devotes his practice to advocating for consumers and employees who have been harmed by unfair business practices and represents individuals in class and collective actions involving consumer protection and wage and hour claims. Mr. McInturff also represents individuals in whistleblower cases and employment matters.

Mr. McInturff has extensive experience managing complex, multi-party litigation from the initial investigation to pleadings, discovery, class certification, dispositive motions, and settlement. He regularly appears before federal and state courts and has successfully resolved numerous matters for the Firm's clients.

Mr. McInturff graduated from New York University School of Law in 2010. During law school, he worked as a legal intern at the United States Attorney's Office for the Eastern District of New York and the Commodity Futures Trading Commission. He was also a Dean's Scholar and Editor of the NYU Law Journal of Law & Business. Mr. McInturff began his legal career in the New York offices of Troutman Sanders, LLP.

Mr. McInturff is admitted to the New York Bar as well as the Federal Courts of the Southern and Eastern Districts of New York and the U.S. Courts of Appeals for the Second and Third Circuits. He is a member of the American Association for Justice, the American Bar Association, and the New York City Bar Association. Mr. McInturff is a third-generation public interest lawyer and is fluent in Spanish.

## ANDREY BELENKY, SHAREHOLDER AND PARTNER

Andrey Belenky is a Shareholder and Partner at Wittels McInturff Palikovic, where he devotes his practice to advocating for consumers and employees who have been harmed by unfair business practices and represents individuals in class and collective actions involving consumer protection and wage and hour claims. Mr. Belenky has also represented clients in disputes related to intellectual property in federal courts.

Mr. Belenky has extensive experience managing complex, multi-party litigation from the initial investigation to pleadings, discovery, class certification, dispositive motions, settlement, trial, and post-trial proceedings, and appeals.

Mr. Belenky graduated from Fordham University School of Law in 2006. During law school, he worked as a legal intern at Jones Day, where he continued his legal career after graduation.

Mr. Belenky is admitted to bars of New York, New Jersey, and Texas as well as the Federal Courts of the Southern and Eastern Districts of New York, the District of New Jersey, the Eastern District of Texas, the Western District of Texas, and the District of Colorado and the U.S. Court of Appeals for the Federal Circuit. Mr. Belenky is fluent in Russian.

## J̲E̲S̲S̲I̲C̲A̲ ̲H̲U̲N̲T̲E̲R̲,̲ ̲C̲O̲U̲N̲S̲E̲L̲

Jessica Hunter is a Counsel at Wittels McInturff Palikovic. Her work focuses on complex employment and consumer class action litigation. Ms. Hunter completed her undergraduate degree at Yale College and subsequently received her law degree from Yale Law School in 2015. Prior to joining the Firm, Ms. Hunter was a legal fellow at Planned Parenthood Federation of America and a Gibbons Fellow in Public Interest & Constitutional Law at Gibbons P.C. She began her legal career as a law clerk to a federal district court judge on the United States District Court for the Middle District of Pennsylvania. During law school, Ms. Hunter supported San Francisco deputy city attorneys in cutting-edge consumer protection matters as a member the San Francisco Affirmative Litigation Project, a clinical partnership between Yale Law School and the San Francisco City Attorney's Office.

Ms. Hunter is admitted to bars of New York, New Jersey, and Pennsylvania, as well as well as the Federal Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the Middle District of Pennsylvania, and the U.S. Courts of Appeals for the Second, Third, and Ninth Circuits.

# ETHAN D. ROMAN, COUNSEL

Ethan D. Roman is a Counsel at Wittels McInturff Palikovic. His practice focuses on complex consumer and employment class action litigation, and he regularly appears before federal and state courts. He leads discovery efforts in the firm's complex consumer and employment class action litigations.

Mr. Roman graduated cum laude from Cornell Law School in 2014, where he was an Editor of the Cornell Law Review. Prior to attending law school, Mr. Roman served four years in the United States Marine Corps, including a tour of duty in Iraq.

Prior to joining Wittels McInturff Palikovic, Mr. Roman practiced civil litigation and white-collar defense for approximately six years at two large, well-respected law firms in New York City. He also had a robust *pro bono* practice, which included securing a verdict and punitive damages in a federal jury trial pursuing civil rights claims on behalf of an incarcerated individual.

Mr. Roman is admitted to the New York Bar, as well as the Federal Courts of the Southern and Eastern Districts of New York and the District of Colorado, the U.S. Court of Appeals for the Second Circuit, and the U.S. Court of Appeals for Veterans Claims.

## DANIEL J. BRENNER, SENIOR ASSOCIATE

Daniel J. Brenner is a Senior Associate at the Firm. His work focuses on complex consumer and employment class action litigation matters.

Mr. Brenner is a graduate of Cornell University and received his law degree from Stanford Law School in 2019. During law school, he was an Articles Editor for the Stanford Law Review, the President of the Stanford Animal Legal Defense Fund, and the Judicial Chair for the American Constitution Society.

Prior to joining the Firm, Mr. Brenner was an Associate at Wachtell, Lipton, Rosen & Katz. During that time, Mr. Brenner focused on complex civil litigation and also represented immigration clients and published works regarding governmental relief programs offered in connection with the Covid pandemic. Mr. Brenner also served as a Judicial Law Clerk at the U.S. District Court for the Southern District of New York.

Mr. Brenner is admitted to bars of New York and Colorado, as well as the Federal Courts of the Southern District of New York and the District of Colorado.

# DANIEL J. KIESELSTEIN, SENIOR ASSOCIATE

Daniel J. Kieselstein is a Senior Associate at Wittels McInturff Palikovic. His practice focuses on complex consumer and employment class action litigation.

Mr. Kieselstein is a graduate of Tulane University and received his law degree from the Harvard Law School in 2018. During law school, he represented indigent criminal defendants as a member of the Harvard Defenders and the Criminal Justice Institute, and served as co-President of the Harvard Law School branch of the ACLU.

Prior to joining the firm, Mr. Kieselstein worked for approximately three years as a Staff Attorney at Brooklyn Defender Services. In that role, he represented hundreds of criminal defendants charged with crimes ranging from misdemeanors to attempted murder. He then spent two years as a law clerk for the Hon. Laura Taylor Swain, Chief Judge of the United States District Court for the Southern District of New York, and one year at Edelson PC, where his practice focused on plaintiff-side mass torts litigation.

Mr. Rice is admitted to the bar in New York State.

# NATHAN A. RICE, FORMER SENIOR ASSOCIATE

Nathan A. Rice was a Senior Associate at Wittels McInturff Palikovic. His practice focused on complex consumer and employment class action litigation.

Mr. Rice is a graduate of Washington University in St. Louis and received his law degree from the University of Minnesota in 2018. During law school, he was an Articles Editor for the Minnesota Law Review, participated in the Civil Rights-Civil Liberties Moot Court, and interned at the U.S. District Court for the District of Minnesota.

Prior to joining the firm, Mr. Rice practiced complex civil litigation at Mayer Brown LLP in Chicago, where he maintained an active pro bono practice representing incarcerated individuals in criminal and civil matters. He began his legal career as a law clerk at the United States Court of Appeals for the Eighth Circuit.

Mr. Rice is admitted to the bars of Illinois and Minnesota, as well as the Federal Courts of the Central and Northern Districts of Illinois and the District of Minnesota.