

March 25, 2025

**Via ECF**
The Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   *Cap 111 Enters. LLC v. Manhattan Beer Distribs., LLC*, Case No. 22 Civ. 1408 (CS)

Dear Judge Seibel:

On March 21, 2025, the Court denied Plaintiffs Cap 111 Enterprises LLC's, 251 E. Main St., LLC's, 67 Purchase St LLC's, Pub Street Pleasantville LLC's and Locali Kitchen & Bar LLC's (collectively "Plaintiffs") motion for leave to file Class Counsel's time records in connection with this action under seal. ECF 203. However, the Court did not find waiver and permitted Class Counsel to file the time records with redactions of any material covered by a recognized privilege. *Id.*

Pursuant to this Order, attached to this letter as **Exhibits A and B** are Class Counsel's time records with only the materials covered by a recognized privilege redacted. Due to ECF file size restrictions, Class Counsel's redacted time records had to be separated into two separate exhibits.

We thank the Court for its attention to this matter.

                                                         Respectfully submitted,

                                               /s/ J. Burkett McInturff
                                                J. Burkett McInturff

                                             *Counsel for Plaintiffs and*
                                             *the Proposed Class*

cc:  All counsel of record *(via ECF and email)*