UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAP 11 ENTERPRISES LLC, 251 E. MAIN STREET, LLC, 67 PURCHASE ST LLC, PUB STREET PLEASANTVILLE LLC, AND LOCALI KITCHEN & BAR LLC,<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>MANHATTAN BEER DISTRIBUTORS, LLC, SIMON BERGSON, AND MICHAEL MCCARTHY,<br><br>     Defendants. | Case No. 22-CV-1408 (CS)(AEK) |

**PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND RELATED RELIEF**

**WITTELS MCINTURFF PALIKOVIC**
Ethan D. Roman
J. Burkett McInturff
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
Telephone: (914) 775-8862
edr@wittelslaw.com
jbm@wittelslaw.com

Dated: April 22, 2025          *Counsel for Plaintiffs and the Class*

Plaintiffs Cap 111 Enterprises LLC, 251 E. Main St, LLC, 67 Purchase St LLC, Pub Street Pleasantville LLC, and Locali Kitchen & Bar LLC ("Plaintiffs") hereby submit this Reply Memorandum of Law in support of their unopposed motion for final approval of the parties' class action settlement (ECF No. 200).

The purpose of this Reply is to provide the Court with a final update regarding the Rule 23 notice campaign. The notice period closed Friday, April 4, 2025, and the Settlement Administrator has now provided the parties with the latest results of the notice campaign.

To summarize, following the Court's December 18, 2024, preliminary approval order (ECF No. 195), the parties implemented the notice campaign detailed in the preliminary approval order. Specifically, on February 3, 2025, the court-authorized notice was issued through direct mail and email. See ECF No. 206 ¶ 7. The notice described the settlement terms in plain language and advised Class Members as to their rights under the Settlement Agreement, including their right to object to the settlement or exclude themselves. Class Members' response to the Settlement has been overwhelmingly positive. There have been ***no objections*** and ***no opt-outs*** to the Settlement.

In sum, the parties' hard-fought Settlement achieved after more than three years of litigation has received Class Members' ringing endorsement. The unopposed motion for final settlement approval (ECF No. 200) is now fully briefed, and we look forward to appearing at the final approval hearing on Thursday, April 24.

## CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion and enter the proposed Order and Final Judgment (ECF No. 202-1).

Dated:  April 22, 2025
     New York, New York         Respectfully submitted,

                                        /s/ *Ethan D. Roman*
                                       Ethan D. Roman
                                       J. Burkett McInturff
                                       **WITTELS MCINTURFF PALIKOVIC**
                                       305 B***ROADWAY***, 7TH F***LOOR***
                                       N***EW*** Y***ORK***, N***EW*** Y***ORK*** 10007
                                       Telephone: (914) 775-8862
                                       jbm@wittelslaw.com
                                       edr@wittelslaw.com

                                     *Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement and Related Relief was served via ECF this 22nd day of April 2025 upon all counsel of record.

                                              /s/ Ethan D. Roman
                                              Ethan D. Roman